NO. 07-02-0422-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 15, 2003

_____

DEMOND JOSEPH MAYON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE CRIMINAL JUDICIAL DISTRICT COURT OF JEFFERSON COUNTY;

NO. 78765; HONORABLE LARRY GIST, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

Appellant Demond Joseph Mayon filed a Motion to Dismiss Appeal on July 7, 2003, averring that he no longer wishes to prosecute his appeal. The Motion to Dismiss is signed by both appellant and his attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Chief Justice

Do not publish.